IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREW TRUJILLO,

   Plaintiff,

v.                                                                                                             No. 1:24-cv-0529 MIS-KRS

FNU WILKENS, *et al*,

   Defendants.

## ORDER TO CURE DEFICIENCY

This matter comes before the Court on Plaintiff's Amended Prisoner Civil Rights Complaint (Doc. 2). Plaintiff is incarcerated and proceeding *pro se*. To prosecute this case, he must prepay the $405 civil fee, or alternatively, file a motion to proceed *in forma pauperis* within thirty (30) days of entry of this Order. Any *in forma pauperis* motion must attach an inmate account statement reflecting transactions for a six-month period. *See* 28 U.S.C. § 1915(a)(2). All filings must include the case number (24-cv-0529 MIS-KRS) and should be labeled as legal mail. The failure to timely comply with this Order may result in dismissal without further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff must prepay the $405 filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with a six-month inmate account statement.

IT IS SO ORDERED this 18th day of October, 2024.

                                                      _____
                                                      KEVIN R. SWEAZEA
                                                      UNITED STATES MAGISTRATE JUDGE